
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jlucas@pszjlaw.com
        jrosell@pszjlaw.com

Randy Nussbaum (AZ Bar No. 6417)
Dean M. Dinner (AZ Bar No. 10216)
John Parzych (AZ Bar No. (26079)
Nussbaum Gillis & Dinner, P.C.
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ 85254
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
Email: rnussbaum@ngdlaw.com
       ddinner@ngdlaw.com
       jparzych@ngdlaw.com

Proposed Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

Z'Tejas Scottsdale, LLC, et al.,                Case No.: 2:15-bk-09178-PS

                    Debtors.                    Chapter 11

Joint Administration Pending With:              Joint Administration Pending With Case
                                                Nos.:

| | |
|---|---|
| Z'Tejas 6th Street, LLC | |
| Z'Tejas Avery Ranch, LLC | 2:15-bk-09180-PS |
| Z'Tejas Bellevue, LLC | 2:15-bk-09184-PS |
| Z'Tejas Bethany Home LLC | 2:15-bk-09188-PS |
| Z'Tejas Chandler, LLC | 2:15-bk-09193-PS |
| Z'Tejas Costa Mesa, LLC | 2:15-bk-09194-PS |
| Z'Tejas GP, LLC | 2:15-bk-09195-PS |
| Z'Tejas Grill Gateway, L.L.C. | 2:15-bk-09198-PS |
| Z'Tejas Holdings, Inc. | 2:15-bk-09200-PS |
| Z'Tejas, Inc. | 2:15-bk-09201-PS |
| Z'Tejas La Cantera, LLC | 2:15-bk-09203-PS |
| Z'Tejas LP, LLC | 2:15-bk-09205-PS |
| Z'Tejas of Arboretum, LLC | 2:15-bk-09207-PS |
| Z'Tejas Restaurant Holdings, LP | 2:15-bk-09208-PS |
| Z'Tejas Salt Lake City, LLC | 2:15-bk-09210-PS |
| Z'Tejas Summerlin, LLC | 2:15-bk-09212-PS |
| Z'Tejas Tempe, LLC | 2:15-bk-09213-PS |
| Taco Guild Osborn LLC | 2:15-bk-09214-PS |
| | 2:15-bk-09215-PS |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

_____

| | |
|---|---|
| This Pleading applies to:<br><br>☑   All Debtors<br>☐   Specified Debtors | **AMENDED ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION, (2) TRANSFERRING ASSIGNMENT OF CASES TO SAME JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

This matter came before the Court on the *Motion for Order Authorizing and Directing (1) Joint Administration, (2) Transferring Assignment of Cases to Same Judge, and (3) Use of a Consolidated Caption* (the "**Motion**") filed by Z'Tejas Holdings, Inc., et al., the debtors and debtors in possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**").

Pursuant to the Motion, Bankruptcy Code § 105(a) and Federal Rule of Bankruptcy Procedure 1015(b), the Debtors asked this Court for an order authorizing and directing: (1) joint administration of the above-captioned bankruptcy proceedings, (2) transferring the assignment of the Bankruptcy Cases to be jointly administered if those cases are not all assigned to the same judge, and (3) use of a consolidated caption.

Based on the Motion and the entire record before the Court in these Bankruptcy Cases, the COURT FINDS AND CONCLUDES as follows:

A.      On July 22, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "**Bankruptcy Code**").

B.      Since the commencement of their Bankruptcy Cases, the Debtors continue to operate their businesses and manage their assets as debtors and debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

C.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

D.      The Debtors in the above-captioned Bankruptcy Cases are affiliates as that term is defined in 11 U.S.C. § 101(2).

E.    The Debtors and their Bankruptcy Cases are sufficiently related such that joint administration of the cases for procedural purposes appears to be in the best interests of the Debtors and their respective estates. Accordingly, based on all of the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1.    The Motion is hereby granted in its entirety;

2.    The Debtors' Bankruptcy Cases are hereby administratively joined for procedural purposes. One docket will be maintained for all cases, which docket shall be the docket for Case No. 2:15-bk-09178-PS; provided, however, for purposes of filing monthly operating reports of each Debtor, such reports shall be filed on the docket of the applicable Debtor.

3.    The Debtors' Bankruptcy Cases shall be transferred and assigned to facilitate the joint administration of these cases before the same judge.

4.    The following form of consolidated caption shall be used for all future pleadings, papers and other documents filed in the Debtors' Bankruptcy Cases:

{order continued on next page}

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

In re:

Z'Tejas Scottsdale, LLC, et al.,

                    Debtors.

Joint Administration Pending With:

Z'Tejas 6th Street, LLC
Z'Tejas Avery Ranch, LLC
Z'Tejas Bellevue, LLC
Z'Tejas Bethany Home LLC
Z'Tejas Chandler, LLC
Z'Tejas Costa Mesa, LLC
Z'Tejas GP, LLC
Z'Tejas Grill Gateway, L.L.C.
Z'Tejas Holdings, Inc.
Z'Tejas, Inc.
Z'Tejas La Cantera, LLC
Z'Tejas LP, LLC
Z'Tejas of Arboretum, LLC
Z'Tejas Restaurant Holdings, LP
Z'Tejas Salt Lake City, LLC
Z'Tejas Summerlin, LLC
Z'Tejas Tempe, LLC
Taco Guild Osborn LLC

Case No.: 2:15-bk-09178-PS

Chapter 11

Joint Administration With Case Nos.:

2:15-bk-09180-PS
2:15-bk-09184-PS
2:15-bk-09188-PS
2:15-bk-09193-PS
2:15-bk-09194-PS
2:15-bk-09195-PS
2:15-bk-09198-PS
2:15-bk-09200-PS
2:15-bk-09201-PS
2:15-bk-09203-PS
2:15-bk-09205-PS
2:15-bk-09207-PS
2:15-bk-09208-PS
2:15-bk-09210-PS
2:15-bk-09212-PS
2:15-bk-09213-PS
2:15-bk-09214-PS
2:15-bk-09215-PS

This Pleading applies to:

    ☑   All Debtors
    ☐   Specified Debtors

5.      The Debtors shall file a consolidated creditor matrix.

6.      The requirements under Bankruptcy Code section 342(c)(1), and Bankruptcy Rules 1005 and 2002(n) are waived.

**\*DATED AND SIGNED AS INDICATED ABOVE\***